Send-O

FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY __ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 90-503-CBM-2 |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| John Luis Berry, ) | 18 U.S.C. § 3143(a) |
| Defendant. ) | Allegations of Violations of Probation/Supervised Release Conditions) |

    On arrest warrant issued by the United States District Court for the _____CDCA_____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   (✓) Defendant has failed to demonstrate by clear and
 3              convincing evidence that he is not likely to pose
 4              a risk to the safety of any other persons or the
 5              community.  Defendant poses a risk to the safety
 6              of other persons or the community based on:
 7              _____
 8              instant allegation & new criminal conduct/
 9              conviction
10              _____
11              _____
12         B.   (✓) Defendant has failed to demonstrate by clear and
13              convincing evidence that he is not likely to flee
14              if released.  Defendant poses a flight risk based
15              on: lack of known background/have remain
16              information; parole/probation status; use of
17              aliases
18              _____
19              _____
20
21         IT IS ORDERED that defendant be detained.
22
23    DATED:  10/29/10
24
25                              _____
                                HONORABLE JACQUELINE CHOOLJIAN
26                              United States Magistrate Judge
27
28
                                    2
```

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| United States of America<br>v.<br>John Luis Berry<br>*Defendant* | Case No. CR-90-503-CBM-2 |

*[FILED stamp: CLERK, U.S. DISTRICT COURT, OCT 29 2010, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date 10/29/10

x _____
*Defendant's signature*

_____ 10/29/10
_____
*Signature of defendant's attorney*

If defendant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and_____

languages. I accurately translated this Waiver of Preliminary Hearing from English into _____

to defendant _____ , on this date.

Date: _____      _____
                                                    *Interpreter*